In re Petition for DISCIPLINARY AC-
TION AGAINST Peter D. BERG-
STROM, an Attorney at Law of the
State of Minnesota.

No. C2–96–886.

Supreme Court of Minnesota.

July 12, 2002.

ORDER

On May 8, 1997, the court publicly repri-
manded respondent Peter D. Bergstrom
and stayed indefinite suspension subject to
certain conditions. *In re Bergstrom,* 562
N.W.2d 674, 678 (Minn.1997). On July 11,
2001, the Director filed a motion for revo-
cation of the stay and for immediate sus-
pension. The matter was referred to a
referee for findings of fact, conclusions of
law, and a recommendation. The referee
found that respondent failed to timely per-
form work for clients, failed to adequately
communicate with clients, failed to cooper-
ate with his probation supervisor and the
Director, and failed to continue treatment
with a mental health professional in viola-
tion of Minn. R. Prof. Conduct 1.3, 1.4,
8.1(a)(3), 8.4(c) and (d), Rule 25, Rules on
Lawyers Professional Responsibility, and
the conditions of the stay set forth in this
court's May 8, 1997 order.

The parties have entered into a stipula-
tion in which they stipulate that the refer-
ee's findings of fact and conclusions of law
are conclusive and jointly recommend that
respondent be publicly reprimanded and
that the stay of the indefinite suspension
remain in effect subject to the presently
existing conditions, including the require-
ment that respondent continue treatment
with his current or other appropriate men-
tal health providers until such time as he is
discharged as no longer in need of medi-
cation or treatment.

This court has independently reviewed the file and approves the jointly recommended disposition.

IT IS HEREBY ORDERED that respondent Peter D. Bergstrom is publicly reprimanded and that the stay of indefinite suspension remains in effect subject to the presently existing conditions set forth in the May 8, 1997 order.

BY THE COURT:

/s/ Paul H. Anderson

Associate Justice